GUISEPPE DEL GENOVESE, Appellant, *v.* FIDALMA DEL GENOVESE, as Administratrix of the Estate of VIRGILIO DEL GENOVESE, Deceased, Respondent.

*Del Genovese* v. *Del Genovese*, 148 App. Div. 893, affirmed.
(Argued March 28, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 4, 1912, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action to recover money alleged to be due plaintiff from defendant's intestate upon the settlement and adjustment of a former copartnership.

*William K. Hartpence* and *L. Lafllin Kellogg* for appellant.

*Walter Carroll Low* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.